IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

WORDEN, GRANVILLE KEVIN
WORDEN, MELISSA JUNE

Debtor(s).

Case No. BK-08-15604-WV
Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

**CLAIMANT:**

| | |
|---|---|
| COX AUTO TRADER | 1.50 |
| **TOTAL:** | **1.50** |

DATE: March 8, 2010

*[Signature]*

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE